UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CODY T. COLASANTI,

   Plaintiff,

v.                                                Case No. 3:22cv6954-MCR-HTC

ESCAMBIA COUNTY CORRECTIONAL FACILITY,

   Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 2, 2022. ECF No. 7. The Court attempted to furnish Plaintiff with a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff's mailed copy was returned as undeliverable. Plaintiff has not provided the Court with an updated address. There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

Case No. 3:22cv6954-MCR-HTC

Page 2 of 2

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with Court orders, and failure to keep the Court apprised of his address.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**